In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00376-CR


____________________



JAMAL LEMEL RODGERS a/k/a JAMAL LEMEL BLUITT


a/k/a JAMAL LAMEL BLUITT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 89519






 MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Jamal Lemel Rodgers a/k/a Jamal
Lemel Bluitt a/k/a Jamal Lamel Bluitt pled no contest to an indictment for credit card abuse. 
The trial court admonished Rodgers. See Tex. Code Crim. Proc. Ann. art. 26.13 (Vernon
2009). Rodgers signed a judicial confession. The trial court convicted Rodgers and assessed
punishment at one year of confinement in a state jail facility, then suspended imposition of
sentence, and placed Rodgers on community supervision for two years. The State
subsequently filed a motion to revoke Rodgers's community supervision. Rodgers pled
"true" to four violations of the terms of the community supervision order. The trial court
found that Rodgers violated the terms of the community supervision order, revoked
Rodgers's community supervision, and imposed a sentence of nine months of confinement
in a state jail facility.

 The trial court appointed counsel to represent Rodgers in this appeal. On August 6,
2009, after informing the parties that Rodgers had not filed a brief, we ordered the trial court
to conduct a hearing to determine whether Rodgers desired to prosecute his appeal. On
August 28, 2009, the trial court conducted the requested hearing, and the supplemental
reporter's record of the hearing was filed August 31, 2009. Appellant's counsel appeared
at the hearing, but appellant did not, and the trial court found that the appellant does not
desire to continue the appeal. Upon receiving the supplemental clerk's and reporter's
records, we reinstated the appeal and submitted the appeal without briefs. See Tex. R. App.
P. 38.8(b)(4).

 We have examined the record for fundamental error, and we find none. Accordingly,
we affirm the trial court's judgment.

 AFFIRMED.


 _________________________________

 HOLLIS HORTON

 Justice


Submitted on October 1, 2009 

Opinion Delivered October 14, 2009 

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.